THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Donald Roy
 Floyd, Appellant.
 
 
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2008-UP-666
 Submitted December 1, 2008  Filed
December 8, 2008    

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of
 Columbia, for Appellant.
 J. Benjamin Aplin, of Columbia, for
 Respondent.
 
 
 

PER CURIAM: Donald Floyd pled guilty to possessing
 cocaine, first offense; was given a conditional discharge; and was required to
 comply with the conditions of probation for one year.  Thereafter, Floyds
 conditional sentence was revoked by the trial court, and Floyd was sentenced to
 two years imprisonment.  Floyd appeals, arguing the trial court abused its
 discretion by sentencing him to two years without allowing him to enter a plea
 and adjudicate his guilt.  After a
 thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the
 appeal and grant counsels motion to be relieved.[1]  
APPEAL DISMISSED.
HEARN, C.J., SHORT and
 KONDUROS, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.